UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
**MINUTES - SENTENCING**

Case No. 21-20478-CR-KING         Date: May 4, 2022      Judge James Lawrence King
Defendant: **Joseph Rodigan**         Defense counsel: Todd O. Malone, Esq.
AUSA:   Yara Klukas for Bertila L. Fernandez   U.S. Probation: Suzie Silva

**JUDGMENT AND SENTENCE**

|        | YEARS | MONTHS | DAYS | TIME SERVED |
|--------|-------|--------|------|-------------|
| Count I |      |        |      |             |
|        |      |        |      |             |

( ) Defendant given credit for time served
( ) CONCURRENT
( ) CONSECUTIVE
(**X**) Assessment $100.00
( ) Fine: (**X**) none imposed   -0-
(**X**) The court orders restitution in the amount of $80,268.00
(**X**) Count remaining  dismissed
( ) Forfeiture Entered

**( ) SUPERVISED RELEASE**
**(X) PROBATION**

|        | YEARS |
|--------|-------|
| Count I | 2 |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  ( ) Financial Disclosure  ( ) Permissible Search ( ) Mental Health Treatment  ( ) IRS Cooperation ( ) Related Concerns Restrictions ( ) Pay any Unpaid Restitution and Fines

**CUSTODY**
(**X**) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on:
( ) The court recommends:
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.         *RIGHT TO AN APPEAL GIVEN OPEN COURT*

- The Court Adopts and Affirm the Report & Recommendation of the Magistrate re: Change of Plea; and hereby Adjudicate the defendant Guilty as to count 1
- Defendant's Objections to Pre-Sentence Investigation Report held re: Loss Amount
- The Court finds that the Objection be and the sam e is hereby - **OVERRULED**

- Defendant's Motion for Downward Variance held
- The Court finds that the motion be and the same is hereby -   **GRANTED**

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Stephanie McCarn